**United States Bankruptcy Court**
**District of South Dakota**

IN RE:                                                  Case No. **11-40426**

**Viereck, Douglas Alan & Viereck, Brenda Lea**      Chapter **7**
Debtor(s)

## DISCLOSURE OF COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and LBR 2016-1(a), I declare that within one year of the filing of the petition herein I have been paid the following compensation by Debtor for services rendered or to be rendered in contemplation of or in connection with the case.

|   |   |   |
|---|---|---|
| (a) Legal Fees: | $ | **1,300.00** |
| (b) Sales Tax, Filing Fee, Other Costs: | + $ | **400.00** |
| (c) Total: | = $ | **1,700.00** |
| (d) I have received: | - $ | **1,700.00** |
| (e) I am still owed: | = $ | **0.00** |

2. In return for the compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

☑ analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

☑ preparing and filing the debtor's petition, schedules, and statement of financial affairs; and

☑ representing the debtor at the meeting of creditors.

3. I have not shared or agreed to share my fees with anyone who is not a member or an associate of my law firm.

Dated: **June 1, 2011**           **/s/ Clair R. Gerry**

                                       **Clair R. Gerry**
                                       **Gerry & Kulm Ask, Prof. LLC**
                                       **P.O. Box 966**
                                       **Sioux Falls, SD  57101-0966**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only